IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-000834-CMA-KLM
ASHLEY LEMKE, an individual
Plaintiff,

v.

SOAP KORNER, a Colorado limited liability company

Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*s/ John R. Riley*
John Riley, Esq.
William B. Ross, Esq.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111

And

William D. Marler, Esq.
Drew Falkenstein, Esq.
1301 Second Avenue, Suite 2800
Seattle, WA 98101
206.346.1888
***Attorneys for Plaintiffs***

*s/ Stephen Baity*
Stephen Baity, Esq.
6041 S. Syracuse Way., Suite 310
80111Greenwood Village, CO 80111
***Attorney for Defendants***

**SO ORDERED**

Dated: _September 12, 2018_

_____
Hon. Kristen L. Mix
United States Magistrate Judge