**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-00834-CMA-KLM

**ASHLEY LEMKE, an individual**

    Plaintiff,

v.

**SOAP KORNER, LLC, a Colorado limited liability company**

    Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**IT IS STIPULATED AND AGREED** to by and among Plaintiff Ashley Lemke ("Plaintiff") by and through her attorneys of record and Defendant Soap Korner, LLC ("Defendant"), by and its attorney of record, that all claims asserted by Plaintiff against Defendant, in the above-captioned matter be dismissed with prejudice, with each party responsible for their own attorney's fees and costs.

DATED this 7th day of January, 2019.

Respectfully submitted,

| GODIN & BAITY, LLC | MARLER CLARK |
|---|---|
|    */s/ Stephen Baity* |    *s/ Drew Falkenstein* |
| By: _____ | By: _____ |
|    Stephen J. Baity |    R. Drew Falkenstein |
|    *Attorney for Defendant* |    *Attorney for Plaintiff* |

                                                      MONTGOMERY, LITTLE & SORAN

                                                        *s/ John Riley*
                                                 By: _____
                                                    John Riley, *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically served via CM/ECF on the following:

William B. Ross, Esq.
John R. Riley, Esq.
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
wross@montgomerylittle.com

William D. Marler, Esq.
R. Drew Falkenstein, Esq.
Marler Clark, LLP, PS
1012 First Avenue
Fifth Floor
Seattle, Washington 97104
bmarler@marlerclark.com
*Attorneys for Plaintiff*

*/s/Stephen Baity*
Stephen J. Baity

2